UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOSE DELGADO, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:23-CV-00146 |
| § | |
| MERIDIAN SECURITY INSURANCE CO., § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Now before the Court is the Joint Motion to Dismiss with Prejudice filed by Plaintiff Jose Delgado and Defendant Meridian Security Insurance Company. (Dkt. No. 20). The Court, after considering the Stipulation, believes it to be in accordance with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that all claims made in this lawsuit are hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that Court costs will be paid by the party incurring same.

The Clerk of Court is hereby **DIRECTED** to close this case.

SO ORDERED July 23, 2024, at McAllen, Texas.

Randy Crane
Chief United States District Judge